UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

LUDOVIC FREBET et al.,

               Plaintiffs,      20-cv-481 (JGK)

   - against -                 <u>ORDER</u>

L'ATRE ENTERPRISES, INC. et al.,

               Defendants.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by May 8, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
         April 23, 2020      <u>/s/ John G. Koeltl</u>
                                      John G. Koeltl
                            United States District Judge