**jackson|lewis**

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4021
EMAIL ADDRESS: JASON.ZOLDESSY@JACKSONLEWIS.COM

March 15, 2021

**VIA ECF & E-MAIL**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Frebet v. L'Atre Enterprises, Inc. et al.
     **Case No.: 1:20-cv-00481 (JPC)**

Dear Judge Cronan:

We represent the Defendants in connection with the above-referenced case and submit this letter jointly with counsel for Plaintiffs. As the Court is aware, the parties have reached a settlement in this case which resolves claims brought pursuant to, *inter alia*, the Fair Labor Standards Act. On February 11, 2021, the Court issued an Order directing the parties to submit their settlement agreement for judicial review and approval by March 15, 2021. As the parties just finalized the terms of the settlement papers this past Friday March 12th and there are 7 Plaintiffs and 3 Defendants, additional time is needed to secure all necessary signatures. Accordingly, we respectfully request an extension of one additional week, through and including March 22, 2021, for the settlement agreement to be fully-executed and a motion for judicial approval to be filed with the Court. This is the first request for an extension of this deadline and, if granted, it will not affect any other scheduled dates.

We thank the Court for its consideration in this regard.

Respectfully submitted,

JACKSON LEWIS P.C.

Jason A. Zoldessy

cc:   All Counsel (Via ECF)

This request is GRANTED. The parties shall submit any settlement that requires Court approval, along with any other required information, by March 22, 2021.

SO ORDERED.
Date: March 16, 2021
New York, New York

JOHN P. CRONAN
United States District Judge