UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUDOVIC FREBET, DJIBRILL SANGARE, KAIRY DEAN, WILLIAM WANDJI, MIKE AIME NDOBA ICADIS, and GREGORY ROUSSI on their own behalf and on behalf of others similarly situated,

Plaintiffs,

-against-

L'ATRE ENTERPRISES, INC., ROMAIN BONNANS, and SEBASTIAN ROZEC,

Defendants.

Case No.: 1:20-cv-00481 (JPC)

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Ludovic Frebet, Djibrill Sangare, Khaireddine Jarray a/k/a Kairy Dean, William Wandji, Aime Mike Icapis Ndoba a/k/a Mike Aime, Gregory Roussi, and Boubakar Tiemtore (collectively "Plaintiffs") and Defendants L'Atre Enterprises, Inc., Romain Bonnans, and Sebastian Rozec (collectively "Defendants") that the Negotiated Amended Settlement Agreement and Release in this matter, having been reviewed by the Court and found to be fair and reasonable, the above-captioned action shall be dismissed in its entirety, with prejudice, in accordance with the terms of the Negotiated Amended Settlement Agreement and Release.

Respectfully submitted,

| | |
|---|---|
| XUE & ASSOCIATES, P.C.<br>1 School Street, Suite 303A<br>Glen Cove, New York 11542<br>Tel. No. (516) 595-8887 | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br>Tel. No. (212) 545-4000 |
| By: *Benjamin Xue*<br>     Benjamin B. Xue<br>     Michael S. Romero | By: *[signature]*<br>     Jason A. Zoldessy<br>     Godfre O. Blackman |
| Dated: April 12, 2021 | Dated: April 13, 2021 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

SO ORDERED on this __20__ day of __April__, 2021.

_____
Hon. John P. Cronan
United States District Judge